**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § | |
| | § | **Case No:** |
| | § | |
| **Plaintiff,** | § | **PATENT CASE** |
| | § | |
| **vs.** | § | **JURY TRAIL DEMANDED** |
| | § | |
| **FREVVO, INC.** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## COMPLAINT

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Complaint against Frevvo, Inc. ("Defendant" and/or "Frevvo") for infringement of United States Patent No. 9,054,860 (hereinafter "the '860 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company located at 1 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 500 E Main St, Branford, CT 06405. On information and belief, Defendant may be served through its registered agent, The Corporation Trust Company, Corporation Trust Center 1209 Orange St, Wilmington, DE 19801.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,054,860)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '860 Patent with sole rights to enforce the '860 Patent and sue infringers.

11. A copy of the '860 Patent, titled "Digital Verified Identification System and Method," is attached hereto as Exhibit A.

12. The '860 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '860 Patent by making, using (at least by

having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and/or software for digital signature services (e.g., frevvo digital signatures), and any similar products and/or services ("Product") covered by at least Claim 1 of the '860 Patent. Defendant has infringed and continues to infringe the '860 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides a system for e-signing digital documents. The Product provides for digitally verifying the identification of a signer. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

frevvo supports Digital Signatures. Authenticated users can digitally sign a section, lock it down and prevent tampering with the data. Versions, previous to 5.1, allowed the form designer to put a section in a form that could be signed using a text rendering of the user's name (user credentials) or a previously uploaded signature image. The user must be be authenticated to the frevvo Server. Wet signature capture is now available in Version 5.1. A wet signature is a signature that is entered or created at the time of form entry. Wet Signatures make it possible for the user to enter the signature using either a track pad/mouse, stylus or a touch screen in use mode. This feature becomes very important when designing frevvo for Mobile devices. Refer to the PageBreak control for more information on mobile forms.

Source: https://docs.frevvo.com/d/display/frevvo53/Electronic+Signatures

With frevvo, create your forms, workflows, and custom logic to match your business requirements. Drag-and-drop to include digital signature fields without having to do any coding.

Users need to e-sign just once – they can use the same e-signature again and again across multiple documents.

Source: https://www.frevvo.com/digital-signatures

## Creating a Digital Signature Workflow with frevvo

With frevvo, creating a digital signature workflow is really straightforward. You simply create a form as usual, drag-and-drop a signature field into the form and configure it according to your needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

## Eliminate duplicate signatures

Do certain forms in your processes require signing on multiple pages?

With frevvo, each person completing your forms only needs one e-signature. The system will automatically copy it to other forms and documents in the business process including dynamically generated PDFs such as a Federal W-4.

Source: https://www.frevvo.com/digital-signatures

15. The Product includes at least one digital identification module structured to be associated with at least one entity. For example, the Product provides a module (e.g., creation of an e-signature module for a user) to be associated with at least one entity (i.e., a user who needs to create an e-signature). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

## Creating a Digital Signature Workflow with frevvo

With frevvo, creating a digital signature workflow is really straightforward. You simply create a form as usual, drag-and-drop a signature field into the form and configure it according to your needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

### Step 1: Create Your Form

Start by using our low code workflow software to create the form for which you want to enable electronic signatures. You can start from scratch or use one of frevvo's many pre-built templates. Easily customize the form to your needs using the drag-and-drop form builder.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

16. The Product includes a module generating assembly structured to receive at least one verification data element corresponding to the at least one entity and create said at least one digital identification module. For example, the Product includes a module generating assembly structured to receive at least one verification data element corresponding to at least one entity (e.g., a user has a unique login ID and password for accessing and verifying the account for e-signing the documents). The module generating assembly is also structured to create the at least one digital identification module (e.g., creating an e-signature of a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

## Creating a Digital Signature Workflow with frevvo

With frevvo, creating a digital signature workflow is really straightforward. You simply create a form as usual, drag-and-drop a signature field into the form and configure it according to your needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

### Step 3: Configure Signature Control Settings

Each Signature Control field can be made Required or Optional. If you've set the signature Control to Required, the form cannot be submitted unless the signature has been added.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

### Step 4: Define Workflow Rules

Design your workflow using frevvo's no-code visual workflow builder. Establish where this form needs to go when the signing party hits the Submit button, and configure any other rules in accordance with your business needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Step 5: The Form is Signed

When the form is used on a touchscreen device like a smartphone or a tablet, the user simply touches the Signature Control to sign the form using their finger or a stylus. On a desktop or laptop, they can simply use the mouse or trackpad. The signature is captured and displayed on the form in the signature control.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

17. The at least one digital identification module is disposable within at least one electronic file. (e.g., a user can store the e-signature within a document such as a "Bill of Landing" or in a PDF, Word doc, image file, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



The captured image is saved along with the form submission data and is copied to the automatically generated print PDF of the form.

It can also be mapped and transferred to a custom PDF like a government W-4 form.

Separate here and give Form W-4 to your employer. Keep the top part for your records.

Form **W-4** Department of the Treasury Internal Revenue Service

**Employee's Withholding Allowance Certificate**

► Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074 **2012**

1 Your first name and middle initial: John — Last name: Adams — 2 Your social security number

Home address (number and street or rural route) — 3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code — 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ► ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) — 5

6 Additional amount, if any, you want withheld from each paycheck — 6 $

7 I claim exemption from withholding for 2012, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, and
• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here ► 7

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (This form is not valid unless you sign it.) ► — Date ► 8/15/2015

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) — 9 Office code (optional) — 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2. — Cat. No. 10220Q — Form **W-4** (2012)

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

18. The at least one digital identification module includes at least one primary component structured to at least partially associate the digital identification module with the at least one entity. For example, an e-signature of a user is associated with user information including user name, date, etc. to at least partially associate the digital identification module with the at least one entity (e.g., an e-signature is associated with a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



## Creating a Digital Signature Workflow with frevvo

With frevvo, creating a digital signature workflow is really straightforward. You simply create a form as usual, drag-and-drop a signature field into the form and configure it according to your needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Separate here and give Form W-4 to your employer. Keep the top part for your records.

Form **W-4** Department of the Treasury Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074 **2012**

1 Your first name and middle initial: John — Last name: Adams

2 Your social security number

Home address (number and street or rural route)

3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) — 5

6 Additional amount, if any, you want withheld from each paycheck — 6 $

7 I claim exemption from withholding for 2012, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, and
• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ JAdams — Date ▶ 8/15/2015

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) — 9 Office code (optional) — 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2. Cat. No. 10220Q Form W-4 (2012)

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

19. The at least one digital identification module is cooperatively structured to be

embedded within only a single electronic file. For example, the module (e-signature) is stored within a single file (such as a PDF, Word doc, or image file, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

frevvo supports Digital Signatures. Authenticated users can digitally sign a section, lock it down and prevent tampering with the data. Versions, previous to 5.1, allowed the form designer to put a section in a form that could be signed using a text rendering of the user's name (user credentials) or a previously uploaded signature image. The user must be be authenticated to the frevvo Server. Wet signature capture is now available in Version 5.1. A wet signature is a signature that is entered or created at the time of form entry. Wet Signatures make it possible for the user to enter the signature using either a track pad/mouse, stylus or a touch screen in use mode. This feature becomes very important when designing frevvo for Mobile devices. Refer to the PageBreak control for more information on mobile forms.

Source: https://docs.frevvo.com/d/display/frevvo53/Electronic+Signatures

With frevvo, create your forms, workflows, and custom logic to match your business requirements. Drag-and-drop to include digital signature fields without having to do any coding.

Users need to e-sign just once – they can use the same e-signature again and again across multiple documents.

Source: https://www.frevvo.com/digital-signatures



Back
Submit
adams@frevvo.com
Phone Number
2302030203
Date of Birth
Oct 30, 1735
Signature (Required)

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

frevvo
PALETTE
Dropdown
Text
Radio
TextArea
Checkbox
Date
Section
EMail
Repeat
Money
Tabs
Phone
Panel
Quantity
Table
Number
Message
T/F
Link
Image
Trigger
Video
Upload
Submit
Signature
PageBreak
Form Viewer
CUSTOM
PROPERTIES
Personal Information
Personal Information
First Name
Last Name
EMail Address
Phone Number
Date of Birth
Signature 254

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

Separate here and give Form W-4 to your employer. Keep the top part for your records.

Form **W-4** Department of the Treasury Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074 **2012**

1 Your first name and middle initial: John | Last name: Adams | 2 Your social security number

Home address (number and street or rural route) | 3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) 5
6 Additional amount, if any, you want withheld from each paycheck 6 $
7 I claim exemption from withholding for 2012, and I certify that I meet **both** of the following conditions for exemption.
• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ J Adams **Date ▶** 8/15/2015

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q Form **W-4** (2012)

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

## Creating a Digital Signature Workflow with frevvo

With frevvo, creating a digital signature workflow is really straightforward. You simply create a form as usual, drag-and-drop a signature field into the form and configure it according to your needs.

Source: https://www.frevvo.com/blog/how-to-create-a-digital-signature-workflow/

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

**JURY DEMAND**

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,054,860 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: May 6, 2022                          Respectfully submitted,

*/s/Lawrence G. Widem*
Lawrence G. Widem
The Widem Law Group
15 Winterset Lane
West Hartford, Connecticut 06117
Tel: (860) 833-0116
Fed Bar No. ct05417

lawrence.widem@gmail.com

**ATTORNEYS FOR PLAINTIFF**