**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § § § | **Case No: 3:22-cv-00635-JCH** |
| **Plaintiff,** | § § | **PATENT CASE** |
| **vs.** | § § § | |
| **FREVVO, INC.** | § § § | |
| **Defendant.** | § § § | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Rule 6(b)1(B) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") by and through its undersigned counsel, moves to extend the time for Defendant Frevvo, Inc. ("Defendant" and/or "Frevvo") to object, respond to, move, or otherwise answer Plaintiff's complaint [Doc. 1]. Plaintiff requests a thirty (30) day extension of time for Defendant's answer up to and including August 17, 2022.

This is the first motion for extension of time to file an answer to Plaintiff's Complaint. This motion is not made for delay, as the parties are working on a resolution to this matter that will avoid the need for further litigation. This motion was not filed at least three (3) business days before the deadline in question due to the Defendant's counsel mistakenly believed that the summons and complaint had not been properly served upon his client, *Moriani v. Hunter*, 462 F. Supp. 353, 354-355 (S.D. N.Y. 1978). Counsel for Plaintiff conferred with counsel for Defendant regarding the motion for extension of time and counsel for Defendant does not oppose this motion.

Dated: July \_\_\_\_, 2022.                           Respectfully submitted,

_/s/Lawrence G. Widem_
Lawrence G. Widem
The Widem Law Group
15 Winterset Lane
West Hartford, Connecticut 06117
Tel: (860) 833-0116
Fed Bar No. ct05417

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing document was filed electronically on July \_\_\_\_, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

_/s/Lawrence G. Widem_
Lawrence G. Widem