# SUPPLEMENTAL RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Connecticut          3:22-CV-00635-JCH

**Digital Verification Systems, LLC, Plaintiff**
vs
**Frevvo, Inc.** Defendant

Service on:
Frevvo, Inc.
"The Secretary"
13577 Feather Sound Drive, Ste 200
Clearwater, FL 33762

On July 5, 2022 the Green card # 7021 0350 0001 9855 2644 was received back as received and accepted by recipient, signed for by Donna Carey on June 27, 2022.

_Christine Foran_
Process Server

Date   July 8, 2022

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frevvo, Inc
"The Secretary"
13577 Feather Sound Drive, Ste 200
Clearwater, FL 33762

9590 9402 7333 2028 3264 47

2. Article Number (Transfer from service label)
7021 0350 0001 9855 2644

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Donna Carey
C. Date of Delivery: 6/27/22

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt