UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC | : | |
| | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:22-cv-00635-JCH |
| | : | |
| v. | : | |
| | : | |
| FREVVO, INC. | : | |
| | : | |
| Defendant. | : | August 17, 2022 |

**DEFENDANT FREVVO, INC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Frevvo, Inc. hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- DocuPhase is Frevvo, Inc's parent corporation.

                          THE DEFENDANT,
                          FREVVO, INC.

                       By  */s/ Kristen L. Zaehringer*
                          Kristen L. Zaehringer (ct27044)
                          HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
                          147 North Broad Street
                          Milford, CT 06460
                          Tel: (203) 877-8000/Fax: (203) 878-9800
                          Juris No. 026616
                          KZaehringer@hssklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on August 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

    /s/ Kristen L. Zaehringer
Kristen L. Zaehringer