IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC | : | |
| | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:22-cv-00635-JCH |
| | : | |
| v. | : | |
| | : | |
| FREVVO, INC. | : | |
| | : | |
| Defendant. | : | August 17, 2022 |

**DEFENDANT FREVVO, INC'S MOTION TO DISMISS
OR, ALTERNATIVELY, TRANSFER FOR LACK OF VENUE**

Defendant Frevvo, Inc. ("Frevvo"), respectfully moves the Court to dismiss this case or, alternatively, transfer this case to the appropriate venue, the Middle District of Florida, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a). As set forth in the accompanying Memorandum in Support filed concurrently with this Motion, Plaintiff Digital Verification Systems, LLC cannot satisfy the requirements of the patent venue statute, 28 U.S.C. § 1400(b), in this patent infringement case. In particular, the Complaint fails to allege that Frevvo resides in this District. Further, Frevvo does not have a requisite regular and established place of business in this District as any office located in this District was shut down by February 2022. Venue is therefore improper in this District.

Accordingly, Frevvo respectfully requests that the Court dismiss this case or, alternatively, transfer this case to the Middle District of Florida.

        THE DEFENDANT,
        FREVVO, INC.

By  */s/ Kristen L. Zaehringer*
     Kristen L. Zaehringer (ct27044)
     HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
     147 North Broad Street
     Milford, CT 06460
     Tel: (203) 877-8000/Fax: (203) 878-9800
     Juris No. 026616
     KZaehringer@hssklaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on August 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

        */s/ Kristen L. Zaehringer*
        Kristen L. Zaehringer