IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § § § |
| Plaintiff, | § § Case No: 3:22-cv-00635-JCH § § PATENT CASE |
| vs. | § § § |
| **FREVVO, INC.** | § § § |
| Defendant. | § § § |

## JOINT MOTION (ON CONSENT) TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), 28 U.S.C. § 1406, and Local Rule 7, Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") and Defendant Frevvo, Inc. ("Defendant" and/or "Frevvo") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court issue an order transferring this action to the United States District Court for the Middle District of Florida.

Counsel for Plaintiff and counsel for Defendant have conferred and agree to transfer this action to the Middle District of Florida for the convenience of the parties and in the interests of justice and because Florida is the more appropriate venue. Although Plaintiff does not necessarily concur with the statements set forth in Defendant's Motion to Dismiss [Doc. 18], the Parties further agree that this action should be transferred to the Middle District of Florida because the action could have been brought there. Plaintiff filed the Complaint in this District solely based on its assumption that Defendant's principal place of business is located in Branford, Connecticut.

Moreover, Defendant alleges that it does not reside in this District, nor does it have a regular and established place of business here. *See* ECF 18-1, ¶¶ 2-3. Patent infringement cases such as this are governed by 28 U.S.C. § 1400(b), which states that "[a]ny civil action for patent

infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business." Thus, because Defendant has a regular and established place of business in Florida for purposes of 28 U.S.C. § 1400(b), a transfer to the Middle District of Florida is proper.

    WHEREFORE, the Parties jointly request that this Court, pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a), transfer this matter to the United States District Court for the Middle District of Florida, where it may have been brought originally and to which the parties consent.

Dated: September 6, 2022.   Respectfully submitted,

*/s/Lawrence G. Widem*
Lawrence G. Widem
The Widem Law Group
15 Winterset Lane
West Hartford, Connecticut 06117
Tel: (860) 833-0116
Fed Bar No. ct05417

**ATTORNEYS FOR PLAINTIFF**

By: */s/Kristen L. Zaehringer*
Kristen L. Zaehringer (ct27044)
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
147 North Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
Juris No. 026616
KZaehringer@hssklaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on September 6, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/Lawrence G. Widen*
Lawrence G. Widem