IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § |
| Plaintiff, | § § Case No: 3:22-cv-00635-JCH § § PATENT CASE § |
| vs. | § § § |
| FREVVO, INC. | § § § |
| Defendant. | § § § |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Now comes Plaintiff, Digital Verification Systems, LLC ("Plaintiff" and/or "DVS"), by and through its undersigned counsel, and responds to Defendant Frevvo, Inc.'s ("Defendant," and/or "Frevvo") Motion to Dismiss or, Alternatively, Transfer for Lack of Venue [Doc. 18] (hereafter the "Motion") as follows:

On May 6, 2022, Plaintiff filed its Complaint against Defendant [Doc. 1]. On August 17, 2022, Defendant filed its Motion. Thereafter, on September __6__, 2022, Plaintiff filed the Parties Joint Motion (on Consent) to Transfer Venue [Doc. ___] (hereafter the "Joint Motion"), requesting the Court to transfer the case to the Middle District of Florida. *See*, Joint Motion attached hereto as Exhibit A.

Plaintiff respectfully submits that Defendant's Motion has been rendered moot due to the filing of the Joint Motion.

Dated: September 1, 2022.                    Respectfully submitted,

*/s/Lawrence G. Widem*
Lawrence G. Widem
The Widem Law Group
15 Winterset Lane
West Hartford, Connecticut 06117
Tel: (860) 833-0116
Fed Bar No. ct05417

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically on September 6, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/Lawrence G. Widen*
Lawrence G. Widem